■ ALBERT R. SANTUCCI, Appellant, v. TERRENCE BUTTERWORTH et al., Respondents.— Judgment and order insofar as appealed from unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment and from part of an order of Oneida Trial Term for defendants for no cause of action in an automobile negligence action. The order denies a motion for

a new trial.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.